# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>ANTONIO CHAVEZ-MEZA,<br><br>                    Defendant. | CASE NO. 12cr3671-JM<br><br>JUDGMENT OF DISMISSAL<br><br>FILED<br>SEP 26 2012<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

    8:1326(a) and (b) - Removed Alien Found in the United States (Felony)

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 9/26/2012

_____
David H. Bartick